Matter of Juliet A.W. (Amy W.) (2024 NY Slip Op 05689)

Matter of Juliet A.W. (Amy W.)

2024 NY Slip Op 05689

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, DELCONTE, AND KEANE, JJ.

701 CAF 23-01401

[*1]IN THE MATTER OF JULIET A.W. CATTARAUGUS COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT; AMY W., RESPONDENT-APPELLANT. (APPEAL NO. 1.)

ERICKSON WEBB SCOLTON & HAJDU, LAKEWOOD (LYLE T. HAJDU OF COUNSEL), FOR RESPONDENT-APPELLANT. 
STEPHEN J. RILEY, OLEAN, FOR PETITIONER-RESPONDENT. 
MARY ANNE CONNELL, BUFFALO, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Cattaraugus County (Moses M. Howden, J.), entered September 9, 2022, in a proceeding pursuant to Social Services Law § 384-b. The order, inter alia, granted petitioner's motion for summary judgment. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Matter of Juliet W. (Amy W.) ([appeal No. 2] — AD3d — [Nov. 15, 2024] [4th Dept 2024]).
Entered: November 15, 2024
Ann Dillon Flynn
Clerk of the Court